UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARRIE WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No.  1:15-CV-3134-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 26. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Amanda Schapel represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file and proposed order, **IT IS ORDERED:**

　　　1.　　The parties' Stipulated Motion For Remand, **ECF No. 26**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　On remand, the administrative law judge (ALJ) shall hold a new hearing and issue a new decision with respect to Plaintiff's application for disability insurance

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1  benefits under Title II of the Social Security Act.  The ALJ shall:  (1) further
2  evaluate Plaintiff's credibility and the opinion evidence; and (2) if warranted,
3  further evaluate Plaintiff's residual functional capacity and obtain supplemental
4  vocational expert testimony to address whether Plaintiff is able to return to past
5  relevant work or to make a vocational adjustment to other work existing in
6  significant numbers in the national economy.

The ALJ may take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

2.  **Judgment shall be entered for PLAINTIFF**.

3.  Plaintiff's Motion for Summary Judgment, **ECF No. 21**, is **STRICKEN AS MOOT**.

4.  An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 13, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2